THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyrone Prince
 Singletary, Appellant.
 
 
 

Appeal From Florence County
 Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No.  2009-UP-357
Submitted June 1, 2009  Filed June 23,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott; all of Columbia; and Solicitor Edgar L. Clements, III, of Florence,
 for Respondent.
 
 
 

PER CURIAM: Tyrone Prince Singletary appeals his guilty plea to
 nonviolent second-degree burglary, malicious injury to real property greater
 than $5,000, and malicious injury to personal property greater than $5,000. 
 Singletary argues the trial court erred by accepting his plea because it did
 not comply with Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
SHORT, WILLIAMS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.